1  JOSEPH J. BABICH, ESQ. / SBN: 096290
   SEAN D. WISMAN, ESQ. / SBN: 296420
2  ANTON J. BABICH, ESQ. / SBN: 316847
   **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
3  20 Bicentennial Circle
   Sacramento, CA 95826
4  Telephone: (916) 379-3500
   Facsimile: (916) 379-3599
5  DBBWC-ESERVICE@dbbwc.com

6  Attorneys for Plaintiffs,
   LILA KORVINK and JACK KORVINK
7

8  JOSHUA S. GOODMAN, ESQ. / SBN: 116576
   ZACHARY S. TOLSON, ESQ. / SBN: 242824
9  **GOODMAN NEUMAN HAMILTON LLP**
   One Post Street, Suite 2100
10 San Francisco, CA 94104
   Telephone: (415) 705-0400
11 Facsimile: (415) 705-0411

12 Attorneys for Defendant,
   HOME DEPOT U.S.A., INC.
13

14                           UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

16

| | |
|---|---|
| LILA KORVINK, JACK KORVINK, | Case No.: 2:21-CV-00508-TLN-AC |
| Plaintiffs, | **STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(ii)] AND ORDER OF DISMISSAL** |
| v. | |
| HOME DEPOT U.S.A., INC. and DOES 1 through 10, inclusive, | Judge: Hon. Troy L. Nunley |
| Defendants. | |

23         Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs LILA KORVINK and

24 JACK KORVINK ("Plaintiffs") and Defendant HOME DEPOT U.S.A., INC., by and through their

25 respective counsel of record, hereby stipulate to the dismissal of Plaintiff JACK KORVINK's cause of

26 ///

27 ///

28 ///

---
-1-
**Stipulation of Dismissal [FRCP 41(a)(1)(A)(ii)] and Order of Dismissal**

action for loss of consortium and Plaintiffs' prayer for judgment for exemplary damages, with prejudice, with each party bearing that party's own attorneys' fees and costs.

Dated: February 15, 2022              DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

By: _____
    SEAN D. WISMAN
    Attorney for Plaintiffs,
    LILA KORVINK and JACK KORVINK

Dated: February 15, 2022              GOODMAN NEUMAN HAMILTON LLP

By: _____/s/_____
    ZACHARY S. TOLSON
    Attorney for Defendant,
    HOME DEPOT U.S.A., INC.

**Stipulation of Dismissal [FRCP 41(a)(1)(A)(ii)] and Order of Dismissal**

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that Plaintiff JACK KORVINK's cause of action for loss of consortium and Plaintiffs' prayer for judgment for exemplary damages are dismissed, with prejudice, with each party bearing that party's own attorneys' fees and costs.

Dated: February 15, 2022

_____
Troy L. Nunley
United States District Judge